1  Le T. Duong (SBN 297662)
   Email:    lduong@reedsmith.com
2  REED SMITH LLP
   101 Second Street
3  Suite 1800
   San Francisco, CA 94105-3659
4  Telephone: +1 415 543 8700
   Facsimile: +1 415 391 8269
5
   Attorneys for Defendant
6  Synchrony Bank

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10  SACRAMENTO DIVISION

11 | JUAN SANCHEZ, | No.: 2:18-cv-00308-KJM-DB
12 | Plaintiff, | **STIPULATION TO EXTEND DEFENDANT SYNCHRONY BANK'S TIME TO**
13 | vs. | **RESPOND TO PLAINTIFF'S COMPLAINT AND ORDER**
14 | EQUIFAX, INC., et. al., |
15 | Defendants. | Compl. Filed: February 9, 2018
16 | | Honorable Kimberly J. Mueller

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  This Joint Stipulation to Extend Time to Respond to Plaintiff's Complaint to April 12, 2018 is made by and between Plaintiff Juan Sanchez ("Plaintiff") and Defendant Synchrony Bank ("Synchrony") through their respective counsel, in light of the following facts:

## **RECITALS**

On February 22, 2018 Plaintiff served his Complaint on Synchrony.

Synchrony's response to Plaintiff's Complaint is due on or before March 15, 2018.

The parties agree to extend Synchrony's time to respond to the Complaint to April 12, 2018, in order to give Synchrony time to investigate Plaintiff's claims and prepare a proper response, and for the parties to potentially reach a resolution of this matter.

There is good cause to extend Synchrony's response deadline because Synchrony requires additional time to investigate Plaintiff's allegations and prepare a proper response, and the parties require additional time to consider a resolution of this matter.

Pursuant to Local Rule 144(a), Plaintiff and Synchrony stipulate that Synchrony's time to respond to Plaintiff's Complaint is extended to Thursday, April 12, 2018.

This change in deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

THEREFORE, the parties stipulate as follows:

## **STIPULATION**

The deadline for Synchrony to respond to the Complaint shall be continued to April 12, 2018. This change in deadline will not alter the date of any event or any deadline already fixed by the Court order, local rules, or the Federal Rules of Civil Procedure.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS SO STIPULATED.**

DATED: March 8, 2018							REED SMITH LLP


										By:     /s/ *Le T. Duong*
											Le T. Duong
											Attorney for Defendant
											Synchrony Bank


DATED: March 8, 2018							SAGARIA LAW, P.C.


										By:      /s/ *Elliot Gale*
											Elliot Gale
											Attorney for Plaintiff
											Juan Sanchez

											[Authorized to File on March 8, 2018]

**IT IS SO ORDERED.**

DATED: March 19, 2018.

_____
UNITED STATES DISTRICT JUDGE