# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JUAN SANCHEZ,<br><br>                Plaintiff,<br><br>vs.<br><br>EQUIFAX, INC., et. al.,<br><br>                Defendants. | Case No. 2:18-cv-00308-KJM-DB<br><br>**ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Honorable Kimberly J. Mueller |

Upon review of the Joint Motion of Plaintiff Juan Sanchez ("Plaintiff") and Defendant Synchrony Bank ("Synchrony"), and FOR GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that Defendant has until May 14, 2018 to respond to Plaintiff's Complaint. Absent good cause shown, further extension requests will not be granted.

DATED: April 19, 2018.

_____
UNITED STATES DISTRICT JUDGE